IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | *   CASE NO. 3:09-CR-120-P |
| | *   ECF |
| WILLIAM ANTHONY RAND (4) | * |

**DEFENDANT'S WAIVER OF ARRAIGNMENT
and PLEA OF NOT GUILTY
to the SUPERSEDING INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now William Anthony Rand, the Defendant herein, by and thru his attorney of record, Ted Steinke, and hereby *waives* arraignment in this case. He has received a copy of the Superseding Indictment, and he understands the allegations contained therein. He does not wish for the Indictment to be read in open court, and he enters his plea of "not guilty" to the allegations contained in that Indictment.

Respectfully Submitted,

*/s/ Ted Steinke*

Ted Steinke
The Law Office of Ted Steinke
770 Founders Square
900 Jackson Street
Dallas, TX 75202
(214) 747-7148
(214) 747-7170 fax
TBN: 19137500

Waiver of Arraignment / Rand
P. 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendant's Waiver of Arraignment and Plea of Not Guilty* was transmitted by ECF to Assistant United States Attorney Christopher Stokes on this the 26th day of July, 2010.

*/s/ Ted Steinke*
Ted Steinke